Keith D. SNYDER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7028.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2004.

*ORDER*

Upon consideration of the unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.